DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JESULA PETIT-FRERE,**
Appellant,

v.

**JAMES FARLEY** and **MARY FARLEY,**
Appellees.

No. 4D17-1547

[October 11, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. 14-021798 (11).

Brett C. Powell of The Powell Law Firm, P.A., Palmetto Bay, for appellant.

Warren B. Kwavnick of Cooney Trybus Kwavnick Peets, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and CONNER, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***